**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN  DIVISION**


**MYSTIC THOMPSON, INDIVIDUALLY**
**AND ON BEHALF OF ALL OTHERS**
**SIMILARLY SITUATED**                                                        **PLAINTIFF**


**VS.**                        **CASE NO. 4:07CV00017 JMM**


**RTC RESEARCH & DEVELOPMENT, ET AL.**                        **DEFENDANTS**


**ORDER**

Plaintiff's Motion to Dismiss RTC Research & Development, LLC, Robert Chinery, Jr.

And Tracy A. as defendants is granted  (#18).  The claims against these defendants are dismissed

without prejudice and the Clerk of the Court is directed to terminate them as parties.

IT IS SO ORDERED THIS 23  day of __April__ , 2007.


_____
James M. Moody
United States District Court