IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MYSTIC THOMPSON, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                                      PLAINTIFF

VS.                        CASE NO. 4:07CV00017 JMM

RTC RESEARCH & DEVELOPMENT, ET AL.                                    DEFENDANTS

## AMENDED ORDER

Plaintiff's Motion to Dismiss RTC Research & Development, LLC, Robert Chinery, Jr. and Tracy A. Chinery as defendants is granted (#18). The claims against these defendants are dismissed without prejudice and the Clerk of the Court is directed to terminate them as parties.

IT IS SO ORDERED THIS  8  day of   May  , 2007.

_____
James M. Moody
United States District Court