IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MYSTIC THOMPSON, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED                                                                                          PLAINTIFF

VS.                    CASE NO. 4:07CV0017 JMM

GOEN TECHNOLOGIES CORPORATION, ET AL.                              DEFENDANTS

### ORDER

Defendants Goen Technologies, Trimspa, Nutramerica Corporation, and Alexander Goen (the "GTC" defendants) unopposed motion for stay is granted (#41).

The GTC defendants and the plaintiff are directed to file a status report on this case on August 1, 2007 to advise the Court as to the status of the parallel nationwide class action proceeding in California styled *Belka La Rosa v. Nutramerica Corporation, et al.*.

Because this stay only applies to the GTC defendants, the remaining defendants and plaintiff are still required to file their rule 26(f) report on June 25, 2007.

Dated this   11   day of June, 2007.

James M. Moody
United States District Judge