IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MYSTIC THOMPSON, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                                 PLAINTIFF

VS.                           CASE NO.  4:07CV000017 JMM

RTC RESEARCH & DEVELOPMENT,
LLC ET AL.                                                                             DEFENDANTS

## ORDER

Plaintiff's unopposed Motion to Non-Suit Defendants Goen Technologies', Trimspa, Inc.'s, Nutramerica Corporation's, and Alexander Goen's ("GTC") is granted (#57).  Plaintiff's claims against these defendants are dismissed without prejudice.

IT IS SO ORDERED THIS   14   day of    September , 2007.


_____
James M. Moody
United States District Court