# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MYSTIC THOMPSON, Individually**
**And On Behalf of All Others**
**Similarly Situated**                                                                                              **PLAINTIFF**

**V.**                                          **4:07CV00017 JMM**

**BAYER CORPORATION;**
**BAYER HEALTHCARE, LLC**                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Notice of Acceptance of Offer of Judgment, Judgment is hereby entered in favor of the Plaintiff against the Defendants in the amount of $550.00 subject to the specific terms of the Offer of Judgment filed with the Court on April 2, 2010.

IT IS SO ORDERED this 26th day of April, 2010.

_____
James M. Moody
United States District Judge